UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN MILLER,<br><br>Defendant. | CASE NO.:   20CR10027-JLS<br><br>ORDER TO TERMINATE PROBATION |
|---|---|

Pursuant to unopposed motion and good cause appearing, IT IS HEREBY ORDERED that Defendant's term of probation is hereby terminated.

IT IS SO ORDERED.

Dated:  November 3, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge